No. 901.   EARLE *v.* COMMISSIONER OF INTERNAL REVENUE;

Nos. 902 and 904.   EARLE *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 903.   EARLE *v.* COMMISSIONER OF INTERNAL REVENUE.   March 17, 1947.   Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit dismissed per stipulation on motion of counsel for the petitioners.   *Geo. E. H. Goodner* and *Scott P. Crampton* for petitioners.   *Acting Solicitor General Washington* for respondent.

No. 976.   ROYAL PACKING Co. *v.* PORTER, PRICE ADMINISTRATOR.   See *post,* p. 840.

No. 116, Misc.   EX PARTE COOK; and

No. 118, Misc.   EX PARTE ELLIOTT.   March 17, 1947.   The motions for leave to file petitions for writs of habeas corpus are denied.

No. 253.   UNITED STATES *v.* PULLMAN COMPANY ET AL.;

No. 254.   OTIS & Co. *v.* UNITED STATES ET AL.;

No. 255.   CHESAPEAKE & OHIO RAILROAD CO. ET AL. *v.* UNITED STATES ET AL.; and

No. 256.   GLORE, FORGAN & Co. *v.* UNITED STATES ET AL.   Argued March 11, 12, 13, 1947.   Decided March 31, 1947.   *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE JACKSON took no part in the consideration or decision of these cases.   *Holmes Baldridge* argued the cause for the United States.   With him on the brief were